JEFFREY E. FAUCETTE (No. 193066)
SKAGGS FAUCETTE LLP
One Embarcadero Center, Suite 500
San Francisco, California 94111
Telephone: (415) 315-1669
Facsimile:  (415) 433-5994
E-mail: jeff@skaggsfaucette.com

Attorneys for Plaintiff LTTB LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LTTB LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>TEESPRING, INC., a Delaware corporation,<br><br>    Defendant. | Case No.: 5:17-cv-7334-LHK<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear her or its own attorney's fees and costs.

IT IS FURTHER STIPULATED by and between the parties to this action, that this Court shall retain jurisdiction.

Dated: June 29, 2018        SKAGGS FAUCETTE LLP

By:        /s/
        Jeffrey E. Faucette
Attorneys for Plaintiff LTTB LLC

Dated: June 29, 2018        HOGE, FENTON, JONES, & APPEL, INC.

By:        /s/
        Shella Deen
Attorney for Defendants Teespring, Inc.

**ATTESTATION PURSUANT TO LR 5-1(i)(3)**

I, Jeffrey E. Faucette, am the ECF User whose identification and password are being used to file this STIPULATION OF DISMISSAL. I hereby attest that concurrence in the filing of this document has been obtained from the other Signatory.

Dated: June 29, 2018

By: _____/s/_____
        Jeffrey E. Faucette

